1  SCOTT N. SCHOOLS (SCBN 0999)
   United States Attorney
2  BRIAN J. STRETCH (CSBN 16393)
3  Chief, Criminal Division
4  BARBARA BRENNAN SILANO (MASSBAR 055540)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, Ca. 94102
   Tel: (415) 436-7223
7
   Attorneys for Plaintiff

ORIGINAL

FILED
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8                 UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                   SAN FRANCISCO DIVISION

11
12 | UNITED STATES OF AMERICA,        ) No. CR- 07-0645 MMC
13 |         Plaintiff,                ) APPLICATION TO UNSEAL
14 |    v.                             ) SAN FRANCISCO VENUE
15 | IN RE COURT AUTHORIZED            )
    | ELECTRONIC SURVEILLANCE          )
16 |_____)

17    The United States hereby applies for an Order unsealing the following applications
18 and orders authorizing electronic surveillance, interim reports, sealing orders, and
19 motions and orders to postpone inventories in the cases as follows:

20 | August 18, 2006: CR 06-90331 MISC- PJH
21 | October 24, 2006: CR 06-90331 MISC-PJH
22 | February 12, 2007: CR 06-90331- PJH
23 | May 7, 2007: CR 06-90331 MISC-PJH
24 | August 14, 2007: CR 06-90331 MISC-PJH

25

26    The unsealing is necessary in order to provide discovery to the defendants
27 apprehended in the case of United States v. Williams, CR 07-0645 MMC on October 24,
28 2007.

UNSEALING APPLICATION AND ORDER

DATED: October 24, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

BARBARA BRENNAN SILANO
Assistant United States Attorney

UNSEALING APPLICATION AND ORDER