FILED
OCT 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

## CERTIFICATE OF SERVICE

### UNITED STATES OF AMERICA v. SARAH ROPATI, et al.,

### CR 07-00645 MMC

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**MEMORANDUM OF THE UNITED STATES REGARDING DETENTION PURSUANT TO 18 U.S.C. § 3142**

to be served this date on the party(ies) in this action,

Mr. Ian Loveseth

FAX: (415) 474-3748

____(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__x__(By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____(By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____(By Fed Ex), I caused such envelope to be delivered by FED EX to the address listed above.

____(By Messenger), I caused each such envelope to be delivered by Messenger to the address listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 30, 2007

SHERYL CASTILLO

Legal Assistant