AO 442 (Rev. 5/93) Warrant for Arrest                 146287/0811-1024-064-2

## United States District Court
### Northern District of California

UNITED STATES OF AMERICA,

V.                                          WARRANT FOR ARREST

Sarah Aranda Ropatil                        CR 07-645 MMC
To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Sarah Aranda Ropati**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   ( ) Information   ( ) Complaint
( ) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2 possession with intent to distribute and to distribute heroin, possession with intent to distribute and distribute controlled substance 21:853, 21:841(a)(1) and (b)(1)(B)(I), 21:861 use of person under age 18 to distribute controlled substance

in violation of Title   See above   United States Code, Section(s) __

                                    Deputy Clerk
                                    Title of Issuing Officer

_[signature]_                       San Francisco 10/11/07
Signature of Issuing Officer        Date and Location

Bail fixed at $ no bail      by    Edward Chen, U.S. Magistrate Judge
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 826 101st Av, Oakland, CA

| Date received 10/12/09 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/24/09 | Carl Bonner, DEA | _[signature]_ for Bonner |