PROPOSED ORDER/COVER SHEET    E-filing    Emc

| | | | |
|---|---|---|---|
| **TO:** | Honorable Edward M. Chen<br>U.S. Magistrate Judge | **RE:** | Sarah ROPATI |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR07-0645 MMC |
| **DATE:** | January 3, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                    510-637-3752
U.S. Pretrial Services Officer Specialist          TELEPHONE NUMBER

**RE:**    **INFORMATION**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____                    1/4/08
JUDICIAL OFFICER                                    DATE

Cover Sheet (12/03/02)