1  IAN G. LOVESETH
   Attorney at Law (CSBN 085780)
2  819 Eddy Street
   San Francisco, CA
3  Tel: (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9
   UNITED STATES OF AMERICA        )    No. CR-07-00645-MMC
10                                  )
                                    )
11          Plaintiff,              )    **EX PARTE APPLICATION TO PERMIT**
                                    )    **DEFENDANTS IN CUSTODY TO REVIEW**
12                                  )    **DISCOVERY ON MP3 MACHINES;**
                                    )    **PROPOSED ORDERS**
13                                  )
   RONALD  WILLIAMS, et al,         )    _____
14                                  )
                                    )
15          Defendants.             )
   _____    )
16

17

18  Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants

19  and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to

20  review discovery on an MP3 machine.   This application is based on the files and records in this

    case and the accompanying declaration of counsel.
21

22

23

    DATED: March 10, 2008                          /s/ Ian Loveseth
24                                                 IAN LOVESETH
                                                   Counsel for Defendant
25                                                 SARAH A. ROPATI

26

27

28
                                                                              1

1 **DECLARATION OF COUNSEL**

2

3 I,   Ian Loveseth, declare as follows:

4

5     1.   I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al.,

6 CR. 07-00645-MMC;

7     2.   I am also liaison CJA counsel in this case;

8     3.   I have been advised by Steven D. Moore, the discovery coordinator in this case, that

9 the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different

10 target lines;

11     4.   The defendants in this case must listen to and review the discovery and the most

12 efficient way to provide them with these calls in to put them on MP3s;

13     5.   Accordingly, declarant requests that two Court orders be signed permitting

14 defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery

15 on MP3s.

16

17     I declare under penalty of perjury that the above is true and correct to the best of my

18 knowledge.  Executed in San Francisco on March 10, 2008.

19

20                                        /s/ Ian Loveseth
                                         IAN LOVESETH
21

22

23

24

25

26

27

28

                                                                                    2

1   IAN G. LOVESETH (CSBN 085780)
    Attorney at Law
2   819 Eddy Street
    San Francisco, CA
3   Tel: (415) 771-6174
    Fax: (415) 474-3748
4
    Attorney for Defendant
5   SARAH A ROPATI

6                    UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8                    SAN FRANCISCO DIVISION

9
    UNITED STATES OF AMERICA        )    No. CR-07-00645-MMC
10                                  )
                                    )
11          Plaintiff,              )    [PROPOSED] ORDER PERMITTING
                                    )    DEFENDANTS TO USE MP3
12                                  )     AUDIO PLAYERS TO REVIEW
                                    )    DISCOVERY AT SANTA RITA JAIL
13  v.                              )
                                    )
14  RONALD  WILLIAMS, et.al.,       )
                                    )    The Honorable Maxine M. Chesney
15                                  )
            Defendants.             )
16  _____)

17

18

19

20

21

22

23

24

25

26

27
    ///
28

    Proposed Order MP3 Player Santa Rita                                    1

1    Finding good cause shown, as discovery has been provided in digital audio format:

2    IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3 player in order to review audio discovery at Santa Rita Jail;

4 BARRY LYNN SAMUEL,

5 ELEAZOR MORA-ARCIGA,

6 SALVADOR ORTEGA,

7 ERIKA MANZO,

8 JAVIER ULISES ZAMORA-HERNANDEZ,

9 ALFREDO GONZALEZ GOVEA,

10 CESAR RAMIREZ-CHAVIRA,

11 MIGUEL RAMIREZ.

12

13 IT IS SO ORDERED.

14

15 Dated: _____          _____

16                                 THE HONORABLE MAXINE M. CHESNEY
                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order MP3 Player Santa Rita                                        2

1  IAN G. LOVESETH (CSBN 085780)
Attorney at Law
2  819 Eddy Street
San Francisco, CA
3  Tel: (415) 771-6174
Fax: (415) 474-3748
4
Attorney for Defendant
5  SARAH A ROPATI

6              UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8              SAN FRANCISCO DIVISION

9
UNITED STATES OF AMERICA      )      No. CR-07-00645-MMC
10                            )
                              )
11        Plaintiff,          )      [PROPOSED] ORDER PERMITTING
                              )      DEFENDANTS TO USE MP3
12                            )      AUDIO PLAYERS TO REVIEW
                              )      DISCOVERY AT GLENN DYER
13  v.                        )      DETENTION FACILITY
                              )
14  RONALD  WILLIAMS, et.al., )
                              )      The Honorable Maxine M. Chesney
15                            )
        Defendants.           )
16  _____)

17

18

19

20

21

22

23

24

25

26

27
///
28

Proposed Order MP3 Player Glenn Dyer                              1

1     Finding good cause shown, as discovery has been provided in digital audio format:

2     IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3

3   player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North

4   County);

5   RONALD WILLIAMS,

6   JOSE JUAN PENALOZA-HILARIO,

7   SAMUEL ARANDA,

8   MICHAEL JOSEPH SILVA,

9   RONALD LEE HINES,

10  JOSE ANTONIO CAMACHO-MENDEZ,

11  EDWARD LEROY MOORE.

12

13  IT IS SO ORDERED.

14

15  Dated: _____

                                              _____
16                                            THE HONORABLE MAXINE M. CHESNEY
                                              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order MP3 Player Glenn Dyer                                              2