United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> SARAH ARANDA ROPATI, <br><br>     Defendant. <br> _____/ | CR07-0645 MMC <br><br><br> **CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Hearing on **Defendant's Motion to Modify Pretrial Release Conditions** set for May 21, 2008 at 1:30 p.m. is rescheduled for **May 21, 2008 at 2:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: May 20, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy