| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 6 | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Betty Fong | | | REPORTER/FTR r 2:21-2:27 p.m. | | |
| MAGISTRATE JUDGE Edward M. Chen | | DATE May 21, 2008 | | | NEW CASE ☐ | CASE NUMBER CR07-0645 MMC | |

2008 MAY 21   PM 5:04

| APPEARANCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEFENDANT Sarah Aranda Ropati | | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Ian Loveseth | | PD. ☐ RET. ☐ APPT. ☐ |
| U.S. ATTORNEY Barbara Silano | | INTERPRETER | | | FIN. AFFT ☐ SUBMITTED | | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Victoria Gibson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT ☐ OF CJA FEES | |

RICHARD W. WIEKING CLERK

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☒ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 5/28/08 | ☐ ATTY APPT HEARING | ☒ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 am | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. EMC | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

Bond is modified that Defendant may leave half way house on 5/22/08 and to leave with aunt Enriqueta Aranda (custodian). Bond signing by custodian is set for 5/28/08 at 9:30 a.m. before EMC. Defendant to notify surety and custodian to appear.
cc: Betty / Pretrial

DOCUMENT NUMBER: