UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

CRIMINAL PRETRIAL MINUTES

Date: AUG 2 0 2008

Case No. CR-07-0645-23 MMC   JUDGE: Maxine M. Chesney

DEFENDANT: Sarah Ropati   Present ( ) Not Present (✓) In Custody ( )

U.S. ATTORNEY: Kiestin Ault   ATTORNEY FOR DEFENDANT: Ian Loveseth

Deputy Clerk: TRACY LUCERO   Reporter: James Yeomans

## PROCEEDINGS

REASON FOR HEARING: Status re: Referral to Probation

RESULT OF HEARING: Case referred to US Probation Dept for preparation of presentence report.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to 12/3/08 @ 2:30 for Judgment & Sentencing

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(5 min)

