PROPOSED ORDER/COVER SHEET

TO: Honorable Edward M. Chen  
U.S. Magistrate Judge

RE: Sarah ROPATI

FROM: Richard W. Wieking, Acting Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR07-0645 MMC

DATE: August 20, 2008

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson  
U.S. Pretrial Services Specialist

510-637-3752  
TELEPHONE NUMBER

RE: INFORMATION

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. C, 15TH FLOOR on SEPTEMBER 3, 2008 at 9:30 A.M.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)  
A.  
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

**FILED**  
AUG 2 2 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL OFFICER          DATE 8/22/08

Cover Sheet (12/03/02)